No. 677. TIGHE v. ROECKER ET AL. C. A. 5th Cir. Certiorari denied. *Bowman Stirling Tighe* for petitioner.

No. 681. FIDUCIARY COUNSEL, INC. v. WIRTZ, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied. *Carl L. Shipley* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander, Jack H. Weiner, Charles Donahue* and *George T. Avery* for respondent.

No. 684. J. P. STEVENS & Co., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.

No. 687. SCHREFFLER v. PRUDENTIAL INSURANCE Co. OF AMERICA. C. A. 5th Cir. Certiorari denied. *Thomas H. Anderson* for petitioner. *James A. Dixon* for respondent.

No. 692. BYRNE v. CHICAGO TITLE & TRUST Co. ET AL. C. A. 7th Cir. Certiorari denied. *Frank L. Paul* for respondent First National Bank of Chicago et al., *Frank A. Karaba, pro se,* and for respondent Hendricks, and *Thomas B. Gilmore* for respondent MacKinnon.

No. 696. ALPHA ENTERPRISES, INC. v. CITY OF HOUSTON ET AL. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied. *Presley E. Werlein, Jr., Charles A. Easterling* and *F. Joseph Donohue* for petitioner. *Homer T. Bouldin* for respondents.